**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-1121

───────────────

JOHN CANADY,

Plaintiff - Appellant,

versus

CITY OF WILSON,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-97-674-5-BR2)

───────────────

Submitted: May 25, 1999                    Decided: June 7, 1999

───────────────

Before MICHAEL and MOTZ, Circuit Judges, BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

John Canady, Appellant Pro Se. Susan Kuhn Ellis, James Percy Cauley, III, ROSE, RAND, ORCUTT, CAULEY & BLAKE, P.A., Wilson, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Canady appeals the district court's grant of summary judgment in favor of Defendant in Canady's discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Canady v. City of Wilson, No. CA-97-674-5-BR2 (E.D.N.C., Dec. 21, 1998). We deny Canady's motion to file supplemental materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED